# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES, etc.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 08-0726-WS-N |
| **TONIA STOKES, etc., et al.,** | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge has reported that this action has settled. Accordingly, this action is **dismissed with prejudice** from the active docket of the Court, provided that any party may reinstate this action within sixty days from the date of the entry of this order if the settlement agreement documentation is not consummated.

No further order shall be forthcoming from the Court except upon application by any party for final judgment as prescribed by Federal Rule of Civil Procedure 58.

DONE and ORDERED this 12th day of October, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE