IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES, etc.,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION 08-0726-WS-C |
| **TONIA STOKES, etc., et al.,** | ) |
| **Defendants.** | ) |

## ORDER

The guardian ad litem has filed a motion for pro ami hearing. (Doc. 56). Any party opposing the motion is **ordered** to file and serve its response on or before **October 28, 2010**.

DONE and ORDERED this 21st day of October, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE