IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOARD OF TRUSTEES, etc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION 08-0726-WS-C |
| ) | |
| **TONIA STOKES, etc., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

The guardian ad litem's motion for pro ami hearing, (Doc. 56), is **granted**. A fairness hearing is hereby set for **November 22, 2010** at **10:00 a.m.** in Courtroom 2-A. Counsel of record for all parties, as well as the guardian ad litem, are to attend.

The hearing will be for the purpose of determining the fairness to the minor plaintiffs of the parties' settlement.[1] The parties are **ordered** to submit, on or before **November 15, 2010**, a proposed order that they jointly request the Court to enter at the conclusion of the hearing. It is expected that the proposed order will include all elements necessary to finally resolve all aspects of this litigation, including the amount of fees and expenses to be awarded the guardian ad litem and how they will be paid.

DONE and ORDERED this 2nd day of November, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court understands that, under the terms of the governing documents, any recovery by the minor children would be split evenly between them, such that there is no conflict in having a single guardian ad litem represent all four. Any party who believes this to be incorrect, or who believes that there is for any other reason some conflict in multiple representation by the guardian ad litem, is **ordered** to file and serve a statement to that effect, along with supporting reasoning, on or before **November 8, 2010**.